FRANK R. WOOD *v*. PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST HARTFORD (6428)

DUPONT, C. J., STOUGHTON and NORCOTT, Js.

Argued November 17—decision released December 1, 1988

*David L. Griffith,* corporation counsel, with whom, on the brief, was *Barry S. Zitser,* former corporation counsel, for the appellant (defendant).

*Christian R. Hoheb,* for the appellee (plaintiff).

PER CURIAM. The defendant, East Hartford Planning and Zoning Commission, appeals from the decision by

[1] The plaintiff did not file a brief.

the trial court sustaining the plaintiff's appeal of the defendant's denial of permission to enlarge a special permitted use.

After careful examination of the record, we have determined that we improvidently granted certification.

There is no error.